**Opinion issued December 18, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-01020-CV

_____

## IN RE TAMEIKA PRICE, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Tameika Price, proceeding pro se, filed a petition for writ of mandamus challenging the trial court's October 6, 2025 "Order Denying [Relator's] Motions to Strike, for Default Judgment, and for Sanctions and Judicial Estoppel." Relator further asserted that the trial court erred by refusing to "render Judgment Nihil Dicit" pursuant to Texas Rule of Civil Procedure 65 and "239(b)" and by

failing to "conduct a sanctions hearing consistent with [a] September 22, 2025 contempt finding."[1]

Relator therefore requested that this Court issue a writ of mandamus directing the trial court to vacate its October 6, 2025 order denying her "pending Motion for Judgment Nihil Dicit and Motion for Sanctions," to "[r]einstate those motions for proper consideration on their merits," to "[d]eclare [v]oid the trial court's orders denying relief without granting a hearing entered prior or ruling on the submission date," and to "[o]rder the [t]rial [c]ourt to [r]ule [p]romptly on [a]ll [p]ending [m]otions."

We conclude that relator has failed to establish she is entitled to mandamus relief, and, therefore, the Court denies relator's petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.

---

[1] The underlying case is *Tameika Price v. Mark Guerra a/k/a Javier Marko Guerra, Olivia E. Guerra, Angel Javier Guerra, STW300K Investments LLC, Travis Pryor, All Day Realty, Christian Sanchez, REI Servicing Company, Valerie Janz, Jennifer (Jen) Perez, The Owner Finance Company, Robyn Jones, House of Chavez LLC, Patricia R. Fritsch, Cash Flow King LLC, Marco Lambo (Lamborghini) Guerra, Blingtastic Investments LLC, and Cash Flow Queen LLC*, Cause No. 2025-37825, in the 127th District Court of Harris County, Texas, the Honorable Denise Brown presiding.